PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA L. HAYDEN; JOSHUA D. BUTTRAM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; ASHLEY MILLER; and DOES 1 TO 50 Inclusive,<br><br>Defendants. | CASE NO. 1:17-cv-00517 JLT<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT AND [~~PROPOSED~~] ORDER (Doc. 11)** |

The undersigned, Edward A. Olsen, Chief of the Defensive Litigation Division of the Office of the United States Attorney for the Eastern District of California, pursuant to the provisions of 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4, and by virtue of the authority delegated to him by the United States Attorney, hereby certifies:

1.    I have read the complaint filed by Angela L. Hayden and Joshua D. Buttram in this action.

CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT AND [~~PROPOSED~~] ORDER         1
*Hayden v. United States*, No. 1:17-cv-00517 JLT

2. On the basis of the information now available to me, Defendant Ashley Miller was an employee of the United States and was acting within the scope of such employment at the time of the alleged incident giving rise to the complaint, and so, by operation of law, is entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

3. This certification, by operation of 28 U.S.C. § 2679(d)(1), effects the substitution of the United States as the proper defendant in lieu of Ashley Miller, who should be dismissed pursuant to her official immunity.

Dated this 21st day of July 2017.

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Chief, Defensive Litigation Division

**ORDER**

Based upon the certification according to 28 U.S.C. § 2679(d)(1), the United States of America is substituted foe Ashley Miller.  The Clerk of the Court is DIRECTED to close this action as to Ms. Miller.

IT IS SO ORDERED.

Dated: **July 21, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT AND [~~PROPOSED~~] ORDER          2
*Hayden v. United States*, No. 1:17-cv-00517 JLT