1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ANGELA L. HAYDEN; JOSHUA D.         CASE NO.  1:17-cv-00517 JLT
BUTTRAM,

12                               JOINT STIPULATION AND ORDER
            Plaintiffs,                  REFERRING THE PARTIES FOR A
SETTLEMENT CONFERENCE ON
13                                        FEBRUARY 22, 2018

14       v.

UNITED STATES OF AMERICA,
15

            Defendant.
16

17       The Government and Plaintiffs Angela L. Hayden and Joshua D. Buttram, by and through their

18 counsel, stipulate to and respectfully request that the Court refer the parties to a settlement conference

19 before Magistrate Judge Barbara McAuliffe in Fresno, California on February 22, 2018.

20                                   Respectfully submitted,

21 Dated:  October 30, 2017               PHILLIP A. TALBERT
                                  United States Attorney
22

                        By:    /s/ *Chi Soo Kim*
23                                  CHI SOO KIM
                                 Assistant U.S. Attorney
24

25 Dated:  October 30, 2017               CHAIN COHN STILES

26                         By:    */s/ Matthew C. Clark*
                                 MATTHEW C. CLARK
27                                  Attorney for Plaintiffs

28

1

1   Based upon the stipulation of the parties, the Court **ORDERS:** The parties **SHALL** appear

2   before Judge McAullife for a settlement conference on **February 22, 2018** at **9:30 a.m**., located in

3   Courtroom 8 in Fresno, California.

4

5   IT IS SO ORDERED.

6   Dated:   **November 1, 2017**                    **/s/ Jennifer L. Thurston**

7                                          UNITED STATES MAGISTRATE JUDGE