| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>CHI SOO KIM<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Defendant United States | |

**UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA L. HAYDEN; JOSHUA D. BUTTRAM,<br><br>                  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | CASE NO. 1:17-cv-00517-JLT<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO EXCUSE THE POSTAL SERVICE REPRESENTATIVE'S IN-PERSON ATTENDANCE AT SETTLEMENT CONFERENCE<br><br>DATE:     February 22, 2018<br>TIME:     9:30 a.m.<br>PLACE:   Courtroom 8, Fresno, CA<br>JUDGE:   Hon. Barbara A. McAuliffe |

Pursuant to the Court's Settlement Conference Order (ECF No. 19), the United States respectfully requests that the in-person attendance of a United States Postal Service representative be excused to conserve the limited resources of the agency. Undersigned counsel is lead trial counsel and will be attending the settlement conference in person with the government's full settlement authority. The Postal Service representative is located in St. Louis, Missouri and will be available by telephone for the entire duration of the settlement conference.

Undersigned counsel notified Plaintiffs in advance of this request and Plaintiffs do not oppose this request.

Respectfully submitted,

Dated: February 7, 2018                  MCGREGOR W. SCOTT
                                                  United States Attorney

                             By:    /s/ *Chi Soo Kim*
                                       CHI SOO KIM
                                       Assistant U.S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Defendant's unopposed request for the telephonic appearance of the United States Postal |
| 3 | Service representative at the settlement conference scheduled for February 22, 2018 is |
| 4 | GRANTED. (Doc. 23). As stated in Defendant's request, the representative should be readily |
| 5 | available for the duration of the settlement conference. The Court cautions that meaningful |
| 6 | settlement negotiations are expected even in the absence of the representative's in-person |
| 7 | attendance. The Court will vacate the settlement conference and consider sanctions if, at any |
| 8 | point, the Court finds that the settlement conference will be neither a productive nor meaningful |
| 9 | attempt to resolve all or part of this case. |

IT IS SO ORDERED.

Dated: **February 9, 2018**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE